S. C. Posner Company, Inc., Respondent, v. Emanuel A. Jackson and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *De Jong* v. *Behrman Co.* (148 App. Div. 37), with leave to plaintiff to amend on pay-. ment of costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ. (Laughlin, J., dissented.)

United States Trust Company of New York, Respondent, v. Martindale Real Estate Company, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Harry Brooks, Appellant, v. Samuel Roseff, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

R. J. Horner & Company, Respondent, v. William B. Lawrence and Others, Appellants.— Judgment affirmed, with costs, with leave to defendant to amend answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Metropolitan Life Insurance Company, Respondent, v. Ruth Noyes Heinze and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Julius C. Ayler.— Referred to Hon. H. A. Gildersleeve, Official Referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Benjamin Leder.— Referred to Hon. Roger A. Pryor, Official Referee. Order to be settled on notice. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Henry A. La Chicotte, Appellant, v. Arthur J. O'Keeffe, as Commissioner of Bridges of the City of New York, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Morris W. Levine, Respondent, v. Twenty-eighth Street and Seventh Avenue Realty Company and Others, Appellants, Impleaded with Others. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Frank R. Poss, Respondent, v. Lillian K. Poss, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.